**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1224**

FATIMA PARKER,

             Plaintiff - Appellant,

        v.

ALBEMARLE COUNTY PUBLIC SCHOOLS, by and through the School
Board and its Administrators; BRIAN WHEELER, Chair; PAMELA
MORAN; KIMBERLY SUYES; KATHRYN BAYLOR; RONNIE PRICE, SR.;
PAMELA MOYNIHAN; DIANTHA H. MCKEEL, Vice Chair; BARBARA
MASSIE MOULY; JON STOKES; STEVE KOLESZAR,

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.  Norman K. Moon,
District Judge.  (3:08-cv-00040-nkm-bwc)

Submitted:  August 12, 2009        Decided:  August 26, 2009

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Fatima Parker, Appellant Pro Se.  Robert A. Dybing, THOMPSON
MCMULLAN, P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fatima Parker appeals the district court's order dismissing her 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Parker v. Albemarle County Public Schools</u>, No. 3:08-cv-00040-nkm-bwc (W.D. Va. Jan. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>